UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Warren Cook

    v.                                    Civil No. 08-cv-11-PB

City of Laconia


### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge


Date: January 8, 2007

cc:    Warren Cook, pro se

Dockets.Justia.com