UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Warren Cook

        v.                    Case No. 08-cv-11-PB

City of Laconia

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 5, 2008, no objection having been filed.

    SO ORDERED.


July 10, 2008                    /s/ Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge


cc:    Warren Cook, Pro Se